STATE OF NEW JERSEY, PLAINTIFF-PETITIONER, v. GEORGE RILEY, DEFENDANT-RESPONDENT.

See same case below: 49 *N. J. Super.* 570.

*Mr. Vincent P. Keuper and Mr. Solomon Lautman* for the petitioner.

*Mr. Louis H. Green* for the respondent.

June 9, 1958.   Granted.

OLYMPIC, INC., PLAINTIFF-PETITIONER, v. DIRECTOR, DIVISION OF ALCOHOLIC BEVERAGE CONTROL, DEFENDANT-RESPONDENT.

See same case below: 49 *N. J. Super.* 299.

*Mr. Louis Santorf* for the petitioner.

*Mr. David D. Furman* and *Mr. Samuel B. Helfand* for the respondent.

June 9, 1958.   Denied.